ASMARA USA, INC., PLAINTIFF v. UNITED STATES, DEFENDANT

Court No. 94–03–0143

(Dated July 6, 1994)

## ORDER

DiCARLO, *Chief Judge:* Upon consideration of defendant's consent motion for remand and upon due deliberation, it is hereby

ORDERED that defendant's motion granted; further

ORDERED that this action is remanded for 60 days from the date of this order for the purpose of granting plaintiff's protest.

AUDIO FANTASY, PLAINTIFF v. UNITED STATES, DEFENDANT

Court No. 94–03–0144

(Dated July 6, 1994)

## ORDER

DiCARLO, *Chief Judge:* Upon consideration of defendant's consent motion for remand and upon due deliberation, it is hereby

ORDERED that defendant's motion is granted; it is further

ORDERED that this action is remanded for 60 days from the date of this order for the purpose of granting plaintiff's protest.